No. 286. Helvering, Commissioner of Internal Revenue, v. Southwest Consolidated Corp. March 9, 1942. Mr. Justice Roberts took no part in the consideration or decision of this application. 314 U. S. 598.

No. 780. Helvering, Commissioner of Internal Revenue, v. New Haven & Shore Line Railway Co., Inc. March 9, 1942.

No. 786. Sabin et al. v. Home Owners' Loan Corporation. March 9, 1942.

No. 811. Salomon v. Merle-Smith et al. March 9, 1942.

No. 81. Riley et al., Executors, v. New York Trust Co., Administrator, et al. March 16, 1942. *Ante,* p. 343.

No. 179. MacGregor, Executor, v. State Mutual Life Assurance Co. March 16, 1942. 314 U. S. 591.

No. 821. Aiken et al. v. Insull et al.; and
No. 822. DeMet's, Incorporated, et al. v. Insull et al. March 16, 1942.

No. 853. Shick v. Goodman, Trustee. March 16, 1942.

Nos. 121 and 122. Wallace v. Fiske et al. March 30, 1942. The motion for leave to file a second petition for